DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TREZ SADIEK,**
Appellant,

v.

**HANEE YACOUB,**
Appellee.

No. 4D2023-0844

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Christine Burkhart, Judge; L.T. Case No. 502020DR000577XXXSB.

Trez Sadiek, Boca Raton, pro se.

Dawn M. Aufenanger of The Law Office of Dawn M. Aufenanger, P.A., Davie, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***